UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YONEL FRANCILLON,

Petitioner,

v. Case No.: 2:26-cv-03090-SPC-KRH

GLADES COUNTY DETENTION CENTER,

Respondent.
_________________________________/

**OPINION AND ORDER**

Before the Court is Yonel Francillon's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Francillon claims he is unlawfully detained by immigration authorities, but he does not explain why. The factual allegations are brief and threadbare, and they mostly focus on a car accident, a dispute involving a chiropractor and an insurance company, and a resulting arrest. The petition does not include potentially important facts, like when and how Francillon entered the country, the status of any removal proceedings, and the process he received before and after immigration officials detained him. Conclusory allegations are not enough to warrant habeas relief. *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

The Court finds that Francillon is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED**

**without prejudice**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case. If Francillon believes he can state a meritorious habeas claim, he may file a new petition.

**DONE AND ORDERED** in Fort Myers, Florida on November 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record